TOWN OF PELHAM, Respondent, *v.* JOHN M. SHINN, Appellant.

*Town of Pelham* v. *Shinn*, 129 App. Div. 20, affirmed.
(Argued January 7, 1909; decided January 26, 1909.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered December 5, 1908, which affirmed an interlocutory judgment of Special Term overruling a demurrer to the

complaint in an action for an accounting of moneys received and disbursed by the defendant as supervisor of the town of Pelham.

The following question was certified : " Does the complaint state facts sufficient to constitute a cause of action ? "

*Benjamin L. Fairchild* for appellant.

*Henry G. K. Heath* for respondent.

Order affirmed, with costs, and question certified answered in the affirmative; no opinion.

Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, VANN, WERNER, HISCOCK and CHASE, JJ. Absent: WILLARD BARTLETT, J.